UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Doris Joy Dunn,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Valentine & Kebartas, Inc.; and DOES 1-10, inclusive,<br><br>　　　　　　Defendants. | Civil Action No.: 3:13-cv-00012-LEK-DEP |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITH PREJUDICE
PURSUANT TO RULE 41(a)**

　　Doris Joy Dunn ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: May 20, 2013

　　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　By: */s/ Sergei Lemberg*

**IT IS SO ORDERED:**
_____
**David E. Peebles
U.S. Magistrate Judge**

**Dated:** 5/20/13
　　　　**Syracuse, NY**

　　　　　　　　　　　　　　　　　　　　　　　　　Sergei Lemberg (SL 6331)
　　　　　　　　　　　　　　　　　　　　　　　　　Lemberg & Associates L.L.C.
　　　　　　　　　　　　　　　　　　　　　　　　　1100 Summer Street, 3rd Floor
　　　　　　　　　　　　　　　　　　　　　　　　　Stamford, CT 06905
　　　　　　　　　　　　　　　　　　　　　　　　　Telephone: (203) 653-2250
　　　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (203) 653-3424
　　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 20, 2013, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the Northern District of New York Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                      By */s/ Sergei Lemberg*

                                          Sergei Lemberg, Esq.